UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROWAN UNIVERSITY | : | |
| | : | Civil Action No. Case 1:21-cv-04331-NLH-AMD |
| Plaintiff(s) | : | |
| | : | |
| v. | : | **CLERK'S ORDER** |
| | : | |
| FACTORY MUTUAL INSURANCE COMPANY | : | |
| | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the filing of a Complaint, filed on March 5, 2021 on behalf of Allan Kanner, counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐ a. An overpayment has been made by the filer; **OR**

☒ b. A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☐ c. A duplicate, identical Complaint was filed more than once by the same attorney or the same law firm; **OR**

☐ a. This filing does not require a filing fee; and for good cause shown;

IT IS on this 10th day of March 2021,

**ORDERED THAT**, the sum of $402 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: *Theresa L. Burnett, Esq*
Theresa L. Burnett
Chief Deputy Clerk