UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROWAN UNIVERSITY, a New Jersey institution of higher education,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, a Rhode Island corporation,<br><br>　　　　Defendant. | Civ. Case No. 1:21-cv-04331-NLH-AMD |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIM**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rowan University hereby dismisses all of its claims in the above-captioned matter.

Respectfully submitted this 10th day of March, 2021.

**KANNER & WHITELEY, LLC**

By: /s/ Allan Kanner
　　Allan Kanner, Esq. (Bar No. 033981980)
　　Attorney Responsible for New Jersey Practice
　　Cynthia St. Amant, Esq. (*pro hac vice* forthcoming)
　　David J. Stanoch, Esq. (Bar No. 012902003)
　　701 Camp Street
　　New Orleans, LA 70130
　　Tel: (504) 524-5777
　　Fax: (504) 524-5763
　　a.kanner@kanner-law.com
　　c.stamant@kanner-law.com
　　d.stanoch@kanner-law.com
　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send e-mail notification of such filing to all attorneys of record in this action.

By: /s/ Allan Kanner
Allan Kanner, Esq. (Bar No. 033981980)
Attorney Responsible for New Jersey Practice
Cynthia St. Amant, Esq. (*pro hac vice* forthcoming)
David J. Stanoch, Esq. (Bar No. 012902003)
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777
Fax: (504) 524-5763
a.kanner@kanner-law.com
c.stamant@kanner-law.com
d.stanoch@kanner-law.com
*Counsel for Plaintiff*